IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DYER, RIDDLE, MILLS &
PRECOURT, INC.,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

  Appellant,

CASE NO. 1D13-5717

v.

POST BUCKLEY SCHUH &
JERNIGAN, a Florida
Corporation; and, HNTB
CORPORATION, a Foreign
Corporation dism 4/21/14 as to
HNTB CORP.,

  Appellees.

_____/

Opinion filed October 6, 2014.

An appeal from the Circuit Court for Leon County.
Terry P. Lewis, Judge.

Patrick R. Delaney of Railey, Harding & Allen, P. A., Orlando, Appellant.

Brian D. Shank of Pearson Bitman LLP, Maitland, and Tiffany C. Raush of Shook, Hardy & Bacon, LLP, Tampa, for Appellees.

PER CURIAM.

  AFFIRMED.

VAN NORTWICK, CLARK, and SWANSON, JJ., CONCUR.